THE STATE OF MONTANA, PLAINTIFF AND RESPONDENT, v. JAMES B. PORTER, A/K/A R. L. GRAHAM, A/K/A JIMMY PORTER, DEFENDANT AND APPELLANT.

No. 11697.
Decided Jan. 28, 1969.
464 P.2d 940.

PER CURIAM:

Defendant in this cause has filed a petition for a rehearing and the Court having considered the matters therein set forth.

Ordered that a rehearing be granted. The cause will be set upon the March Calendar and counsel for the State of Montana should file and serve its answer brief in response to the memorandum filed by defendant on or before February 25, 1970.

See 155 Mont., 466 P.2d 905.